B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MCP Ontario Festival, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): ITIN:9506  68-0579506 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>4100 Newport Place<br>Suite 770<br>Newport Beach, CA<br><br>ZIPCODE 92660 | Street Address of Joint Debtor (No. and Street, City, and State<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>Real Estate | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>☐ Chapter 9         Main Proceeding<br>☑ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>☐ Chapter 13        Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer       ☑ Debts are primarily<br>debts, defined in 11 U.S.C.              business debts<br>§101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or household<br>purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.<br><br>☐ Filing fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on<br>4/01/13 and every three years thereafter).*<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or<br>more classes, in accordance with  11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000-5000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $500,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED
SEP 22 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

B1 (Official Form 1) (4/10)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>MCP Ontario Festival, LLC |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:  N.A. | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.4-749 - 33079 - Acrobat PDFWriter

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>MCP Ontario Festival, LLC |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

**Signature of Attorney***

X *Cory J. Briggs*
Signature of Attorney for Debtor(s)
Cory J. Briggs, Esq.    SBN 176884
Printed Name of Attorney for Debtor(s)
Briggs Law Corporation
Firm Name
99 East "C" Street, Suite 111
Address
Upland, CA 91786

(909) 949-7121
Telephone Number
9/22/10
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Ronald J. Meer, Manager of Meer MCP Ontario Festival, LLC, the sole Member of MCP Ontario Festival, LLC

Manager of Meer MCP Ontario Festival, LLC, the sole Member of MCP Ontario Festival, LLC
Title of Authorized Individual

9/24/10
Date

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079 - Acrobat PDFWriter

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

In re   MCP Ontario Festival, LLC                     ,     )     Case No. _____

                            Debtor                            )

                                                              )

                                                              )     Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   Not Applicable              .

2. The following financial data is the latest available information and refers to the debtor's condition on
N/A              .

| | | |
|---|---|---|
| a. Total assets | $ | 0.00 |
| b. Total debts (including debts listed in 2.c., below) | $ | 0.00 |

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | |
|---|---|---|---|---|
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0 | | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0 | | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0 | | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0 | | 0 |
| secured ☐  unsecured ☐  subordinated ☐ | $ | 0 | | 0 |
| d. Number of shares of preferred stock | | 0 | | 0 |
| e. Number of shares common stock | | 0 | | 0 |

   Comments. if anv:

3. Brief descriotion of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the votina securities of debtor:

**United States Bankruptcy Court**

**Central District of California**

In re:   **MCP Ontario Festival, LLC**                                    Case No.

                                             Debtor                      Chapter        **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Ronald L. Meer, Manager of Meer MCP Ontario Festival, LLC, the sole Member of MCP Ontario Festival, LLC, the Debtor named herein and that on September 21, 2010 the following resolution was duly adopted by the Board.

"Whereas, it is in the best interest of MCP Ontario Festival, LLC, to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Ronald L. Meer, Manager of Meer MCP Ontario Festival, LLC, the sole Member of MCP Ontario Festival, LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of MCP Ontario Festival, LLC, and

Be It Further Resolved, that Ronald L. Meer, Manager of Meer MCP Ontario Festival, LLC, the sole Member of MCP Ontario Festival, LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Ronald L. Meer, Manager of Meer MCP Ontario Festival, LLC, the sole Member of MCP Ontario Festival, LLC, is authorized and directed to employ the law firm of Briggs Law Corporation to represent the Debtor in such bankruptcy case."

Executed on: September 21, 2010                    Signed: _____

                                                                        Ronald L. Meer, Manager of
                                                                        Meer MCP Ontario Festival, LLC
                                                                        the sole Member of
                                                                        MCP Ontario Festival, LLC

5848

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Newport Beach_, California.

Dated _9/21/10_

_Debtor_
Ronald L. Meer, Manager of Meer MCP Ontario Festival, LLC,
the sole Member of MCP Ontario Festival, LLC

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 1015-2.1**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Central District of California

In re ___MCP Ontario Festival, LLC___

Debtor

Case No. _____

Chapter ___11___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $    8,125,000 | | |
| B – Personal Property | YES | 3 | $    1,400 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $   25,428,772 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $    0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $    5,631,749 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $    0 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $    0 |
| TOTAL | | 42 | $    8,126,400 | $   31,060,521 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

# United States Bankruptcy Court
## Central District of California

In re    MCP Ontario Festival, LLC

Debtor

Case No. _____

Chapter ___11___

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

B6A (Official Form 6A) (12/07)

In re  MCP Ontario Festival, LLC                                      Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 24 Acres Land/Project (Residential Parcel of approx. 21 Acres and Commerical Parcel of approx. 3 Acres)  Known as Ontario Festival.  Legal description is attached. | 100% Fee Interest | | 8,000,000 | 25,328,772 |
| Vacant lot located at 12442 S. California St., Yucaipa, CA  Legal description is attached. | 100% Fee Interest | | 125,000 | 100,000 |
| | | Total ➤ | 8,125,000 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 33079

SCHEDULE A - 24 ACRES LAND/PROJECT

## EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

### PARCEL A:

PARCEL 3 OF PARCEL MAP NO. 16935, IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 216 OF PARCEL MAPS, PAGES 96-98 INCLUSIVE, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM THAT PORTION OF SAID LAND LYING WITHIN PARCELS 1 AND 2 OF PARCEL MAP NO. 16979, IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 234 OF PARCEL MAPS, PAGES 51-54 INCLUSIVE, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

NOTE: SUBSEQUENT TO THE RECORDING OF THE DEED OF TRUST WHICH IS THE SUBJECT OF THIS GUARANTEE, SAID LAND HAS BEEN SUBDIVIDED AND IS NOW BEING DESCRIBED AS FOLLOWS:

PARCEL 3 THROUGH 6, INCLUSIVE, AND LOT A OF PARCEL MAP NO. 16979, IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 234 OF PARCEL MAPS, PAGES 51-54 INCLUSIVE, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

### PARCEL B:

LOT 1 OF TRACT MAP NO. 17245, IN THE CITY OF ONTARIO, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 333, PAGES 82 THROUGH 85 INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 0210-631-02 (PORTION), 0210-631-04 (PORTION), 0210-631-05, 0210-631-06, 0210-631-07, 0210-631-08, 0210-631-09, 0210-631-010, 0210-631-011

(End of Legal Description)

SCHEDULE A – YUCAIPA VACANT LOT

EXHIBIT "A"

THE SOUTH 66.00 FEET OF THE EAST 330.00 FEET OF BLOCK 148, ACCORDING TO THE REVISED MAP OF YUCAIPA CITY, IN THE COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 17 OF MAPS, PAGES 91, 92, AND 93, RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE COUNTY OF SAN BERNARDINO BY DEED DATED OCTOBER 7, 1983, AND RECORDED NOVEMBER 14, 1983, INSTRUMENT NO. 83-267386, OFFICIAL RECORDS.

APN: 0319-092-16-0-000

(End of Legal Description

B6B (Official Form 6B) (12/07)

In re ___MCP Ontario Festival, LLC_____    Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED RIDER B-2 | | 1,400 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9    Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) — Cont.

In re   MCP Ontario Festival, LLC                                    Case No. _____
                **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 33079 - Acrobat PDFWriter

B6B (Official Form 6B) (12/07) -- Cont.

In re   MCP Ontario Festival, LLC                                    Case No. _____
                        Debtor                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | SEE ATTACHED RIDER B-35 | | NOMINAL |

<div style="writing-mode: vertical">Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079 - Acrobat PDFWriter</div>

_____ 0 _____  continuation sheets attached          Total    $          1,400

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re: MCP Ontario Festival LLC                                    Case No. _____

## SCHEDULE B – PERSONAL PROPERTY
### RIDER B.2 – FINANCIAL ACCOUNTS

| DESCRIPTION | BANK ADDRESS | ACCOUNT NUMBER | HUSBAND/ WIFE/ JOINT COMMUNITY | VALUE |
|---|---|---|---|---|
| Wells Fargo Bank | 4590 MacArthur Blvd., Ste. 150 Newport Beach, CA 92660 | Checking Acct. #5342 | | $ 800.00 |
| Independence Bank | 4525 MacArthur Blvd. Newport Beach, CA 92660 | Checking Acct. #1485 | | $ 600.00 |

| | |
|---|---|
| **Schedule B.2. Total** | **$1,400.00** |

In re: MCP Ontario Festival LLC                                      Case No. _____

## SCHEDULE B – PERSONAL PROPERTY
## RIDER B.35 – OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED

### LIST OF ALL PLANS AND SPECS.

| DESCRIPTION | VALUE |
|---|---|
| CC&Rs (Building Maintenance) | Nominal |
| CC&Rs (Community Articles I – XI) | Nominal |
| CC&Rs (Community Articles XII – XVII) | Nominal |
| | |
| Maps (Commerical Parcel) | Nominal |
| Maps (Residential Tract) | Nominal |
| | |
| Performance Bonds (Improvement Bond and Agreement) | Nominal |
| Performance Bonds (Storm Drain Bond and Agreement) | Nominal |
| | |
| Phase 1 Environment Report Part I | Nominal |
| Phase 1 Environment Report Part II | Nominal |
| Phase 1 Environment Report Part III | Nominal |
| | |
| School District Letters | |
| Chaffey School District Development  Fee Letter | Nominal |
| Cucamonga School District Development Fee Letter | Nominal |
| | |
| Soils Report Part I | Nominal |
| Soils Report Part II | Nominal |
| | |
| Specific Plan | |
| Guidelines for Development Part IV | Nominal |
| Implementation Part VI | Nominal |
| Infrastructure and Public Facilities Part V | Nominal |
| Introduction Part II | Nominal |
| Regulations for Development Part III | Nominal |
| Table of Contents Part I | Nominal |
| | |
| Conceptual Site Plan – 311 Unit | Nominal |
| Conditions of Approval | Nominal |
| Consultant List | Nominal |
| DRE Budget – Condo | Nominal |
| DRE Budget Master | Nominal |
| Ontario Development Impact Fees | Nominal |
| Property Tax Bill | Nominal |
| Storm Water Permit | Nominal |
| Unit Mix | Nominal |
| | |
| Woodley Architects – Full set of Drawings | Nominal |
| Hezmalhalch – Full set of Drawings | Nominal |
| Bassenian – Partial set of Drawings | Nominal |

| Schedule B.35. Total | Nominal |
|---|---|

B6C (Official Form 6C) (04/10)

In re ___MCP Ontario Festival, LLC_____        Case No. _____
               **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6D (Official Form 6D) (12/07)**

In re  MCP Ontario Festival, LLC                              ,                Case No. _____
_____                                        _____
Debtor                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0589 FIRST REGIONAL BANK 1801 CENTURY PARK EAST SUITE 800 LOS ANGELES, CA 90067 | | | Incurred: 2008 Lien: SECURED DEBT Security: SECOND DEED OF TRUST ON 24 ACRES LAND/PROJECT LOCATED AT NEC OF INLAND EMPIRE BLVD. AND ARCHIBALD AVE. | X | X | X | 8,951,877 | 951,877 |
| | | | VALUE $          8,000,000 | | | | | |
| ACCOUNT NO. KARIN LANGWASSER & CO. 99 EAST "C" STREET SUITE 100 UPLAND, CA 91786 | | | Lien: SECURED DEBT Security: FIRST DEED OF TRUST ON VACANT LAND LOCATED AT 12442 S. CALIFORNIA ST., YUCAIPA, CA | X | X | X | 100,000 | 0 |
| | | | VALUE $          125,000 | | | | | |
| ACCOUNT NO. OF2010 LLC 3090 BRISTOL ST. SUITE 200 COSTA MESA, CA 92626 | | | Lien: SECURED DEBT Security: FIRST DEED OF TRUST ON 24 ACRES LAND/PROJECT LOCATED AT NEC OF INLAND EMPIRE BLVD. AND ARCHIBALD AVE. | X | X | X | 16,376,895 | 8,376,895 |
| | | | VALUE $          8,000,000 | | | | | |

__0__  continuation sheets attached

Subtotal ►       $  25,428,772      $  9,328,772
(Total of this page)

Total ►       $  25,428,772      $  9,328,772
(Use only on last page)

(Report also on            (If applicable, report
Summary of Schedules)      also on Statistical
                           Summary of Certain
                           Liabilities and Related
                           Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

**B6E (Official Form 6E) (04/10)**

In re    MCP Ontario Festival, LLC                                    Case No. _____
                              Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 33079

B6E (Official Form 6E) (04/10) - Cont.

In re  MCP Ontario Festival, LLC _____,      Case No._____
              Debtor                                                          (if known)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_1_  continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  MCP Ontario Festival, LLC                                ,        Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CALIFORNIA STATE BOARD OF EQUALIZATION <br> 450 N ST MIC 56 <br> SACRAMENTO, CA 95814 | | | Consideration: <br> TAXES & OTHER GOVT DEBTS | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> EMPLOYMENT DEVELOPMENT DEPT <br> BANKRUPTCY GROUP MIC 92E <br> PO BOX 826880 <br> SACRAMENTO, CA 94280-0001 | | | Consideration: <br> TAXES & OTHER GOVT DEBTS | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> FRANCHISE TAX BOARD <br> BANKRUPTCY UNIT <br> PO BOX 2952 <br> SACRAMENTO, CA 95812-2952 | | | Consideration: <br> TAXES & OTHER GOVT DEBTS | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> INTERNAL REVENUE SERVICE <br> INSOLVENCY GROUP 3 <br> MAILSTOP 5503 <br> 24000 AVILA RD <br> LAGUNA NIGUEL, CA 92677 | | | Consideration: <br> TAXES & OTHER GOVT DEBTS | | | | Unknown | Unknown | Unknown |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ► <br> (Totals of this page)    $ Unknown    $ Unknown    $ Unknown

Total ► <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $ Unknown

Totals ► <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $ Unknown    $ Unknown

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33079 - Acrobat PDFWriter

B6F (Official Form 6F) (12/07)

In re __MCP Ontario Festival, LLC_____,    Case No. _____
              Debtor                                                                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ABC RESOURCES, INC. 1527 W STATE ST. ONTARIO, CA 91762 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. AIRPORTER SQUARE P.O. BOX 280051 NORTHRIDGE, CA 91328-0051 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. ALLIED WORLD ASSURANCE CO., LTD. C/O CLARK MARINE INS. SVCS. 245 FISHER AVE., D-8 COSTA MESA, CA 92626 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. ANIMAL PEST MGMNT SVCS, INC. 13655 REDWOOD CT. CHINO, CA 91710 | | | Consideration: SERVICES | X | X | X | Unknown |

___23___ continuation sheets attached

                                                Subtotal ➤ | $ 0

                                                        Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re   MCP Ontario Festival, LLC                              ,        Case No. _____
                        **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1359<br><br>ARCH INSURANCE CO.<br>SUSAN NEFF, ESQ.<br>135 N LOS ROBLES AVE., STE. 825<br>PASADENA, CA 91101 | X | | Consideration: INSURANCE/BOND | X | X | X | 2,000,000 |
| ACCOUNT NO.<br><br>ARCHITECURAL COLOR & DESIGN<br>2184 NORTH PAMI CIRCLE<br>ORANGE, CA 92867 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>BALANCE SURETY INSURANCE SERVICES, INC.<br>17780 FITCH, SUITE 150<br>IRVINE, CA 92614 | X | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>BORM ASSOCIATES, INC.<br>5161 CALIFORNIA, STE. 250<br>IRVINE, CA 92617 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>BRIDGENET INTERNATIONAL<br>3151 AIRWAY AVENUE<br>BLDG. I-2<br>COSTA MESA, CA 92626 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. __1__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  2,000,000

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC                     ,          Case No. _____
_____
Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROOKFIELD HOMES<br>SOUTHLAND BUSINESS GROUP<br>3090 BRISTOL ST., STE.200<br>COSTA MESA, CA 92626 | | | Consideration: Notice Only | X | X | X | Notice Only |
| ACCOUNT NO.<br><br>C.L. QUIN EXECUTIVE SEARCH<br>537 NEWPORT CENTER DR.<br>SUITE 585<br>NEWPORT BEACH, CA 92660 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CARL WARREN & CO.<br>1950 S SUNWEST LANE<br>SUITE 300<br>SAN BERNARDINO, CA 92408 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CENTEX HOMES - SOUTHCOAST DIV.<br>250 COMMERCE<br>IRVINE, CA 92602-1342 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CHRISTANE COMPANY<br>28281 CROWN VALLEY PARKWAY<br>SUITE 250<br>MISSION VIEJO, CA 92677 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. 2 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $            0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re __MCP Ontario Festival, LLC_____,    Case No. _____
                    **Debtor**                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY GLOBAL INVESTMENTS, LLC<br>MR. CORY BRIGGS<br>99 EAST C ST., STE. 111<br>UPLAND, CA 91786 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CITY OF ONTARIO<br>303 EAST "B" STREET<br>ONTARIO, CA 91764 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CLARK MAINE INSURANCE<br>245 FISHER AVE., D-8<br>COSTA MESA, CA 92626 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CLEVELAND WRECKING CO.<br>628 S EDNA PLACE<br>COVINA, CA 91723 | | | Consideration: SUPPLIER | X | X | X | Unknown |
| ACCOUNT NO.<br><br>COLLIN'S COMMERICAL CORP.<br>3595 INLAND EMPIRE BLVD.<br>ONTARIO, CA 91764-5920 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. _3_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC                     ,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>COUNTY OF SAN BERNARDINO ATTN: FLONA LUKE COUNTY COUNCIL 385 N ARROWHEAD AVE., 4TH FL. SAN BERNARDINO, CA 92415 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br>COUNTY OF SAN BERNARDINO REGIONAL PARKS ADMINISTRATION 777 E RIALTO AVE. SAN BERNARDINO, CA 92415 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br>COUNTY OF SAN BERNARDINO TREASURER TAX COLLECTOR'S OFFICE 172 WEST 3RD STREET SAN BERNARDINO, CA 92415-3020 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br>COX CASTLE & NICHOLSON LLP 2049 CENTURY PARK EAST 28TH FLOOR LOS ANGELES, CA 90067-3284 | | | Consideration: LEGAL SERVICES | X | X | X | 9,812 |
| ACCOUNT NO.<br>CR CONSOLIDATED REPROGRAPHICS 345 CLINTON ST. COSTA MESA, CA 92626 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. _4_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   9,812

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4.749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC                    ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CSM INC.<br>1814 COMMERCE CENTER WEST<br>SAN BERNARDINO, CA 92408 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CT CORP<br>PO BOX 4349<br>CAROL STREAM, IL 60197 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CT/KDF DEVELOPMENT PARTNERS<br>65 ENTERPRISE, SUITE 150<br>ALISO VIEJO, CA 92656 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CUMMINGS, LLC<br>27201 PUERTA REAL<br>SUITE 370<br>MISSION VIEJO, CA 92691 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>DALE CHRISTIAN STRUCTURAL ENGINEERS, INC.<br>1744 W KATELLA AVE.<br>ORANGE, CA 92867 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. 5 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33070

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC _____ ,          Case No. _____
                            **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DANIEL B. STAUFFER 9861 BELLFLOWER ST. OAK HILLS, CA 92344 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO. DAVID TAUSSIG & ASSOC. 1301 DOVE STREET SUITE 600 NEWPORT BEACH, CA 92660 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. DBH RESOURCES, INC. 3415 SOUTH SEPULVEDA BLVD. SUITE 900 LOS ANGELES, CA 90034 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. DENBESTE TRANSPORTATION, INC. 810 DENBESTE CT., STE 107 WINDSOR, CA 95492 | | | Consideration: SUPPLIER | X | X | X | Unknown |
| ACCOUNT NO. DEVELOPER'S RESEARCH 4 CORPORATE PLAZA DRIVE #215 NEWPORT BEACH, CA 92660 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. _6_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 23079

B6F (Official Form 6F) (12/07) - Cont.

In re ___MCP Ontario Festival, LLC_____ ,    Case No. _____
          **Debtor**                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DIVERSIFIED BUILDER'S SERVICES<br>393 W FOOTHILL BLVD.<br>SUITE 101<br>CLAREMONT, CA 91711 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>DIVERSIFIED PACIFIC OPPORTUNITY FUND I<br>393 W FOOTHILL BLVD., STE. 101<br>CLAREMONT, CA 91711 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>DPR CONSTRUCTION, INC.<br>1450 VETERAN'S BLVD.<br>REDWOOD CITY, CA 94063 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>DURHAM TURNBRIDGE ASSURANCE CO.<br>4100 NEWPORT PLACE<br>SUITE 770<br>NEWPORT BEACH, CA 92660 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>EVENT MASTERS INTERNATIONAL<br>23412 MOULTON PARKWAY<br>LAGUNA HILLS, CA 92653 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. _7_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC _____,    Case No. _____
                     Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EVEREST NATIONAL INS. CO.<br>C/O CLARK MARINE INS. SVCS.<br>245 FISHER AVE., D-8<br>COSTA MESA, CA 92626 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>EVEREST REINSURANCE CO.<br>C/O CLARK MARINE INS. SVCS.<br>245 FISHER AVE., D-8<br>COSTA MESA, CA 92626 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>FAUBEL PUBLIC AFFAIRS, INC.<br>25 ORCHARD<br>LAKE FOREST, CA 92630 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>FIDELITY NATIONAL TITLE COMPANY<br>1300 DOVE ST., STE. 310<br>NEWPORT BEACH, CA 92660 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.  1278<br><br>FIRST BANK<br>4301 MACARTHUR BLVD.<br>SECOND FLOOR<br>NEWPORT BEACH, CA 92660 | | | Incurred: 2008<br>Consideration: Notice Only | X | X | X | Notice Only |

Sheet no. __8__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $            0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-740 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC                    ,          Case No. _____
_____                                          _____
                Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| GREEN'S INDUSTRIAL PAINTING ATTN: DON GREEN 3045 INLAND EMPIRE BLVD. ONTARIO, CA 91764 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| GREG APPLEGATE CONSULTING, INC. 1131 LUCINDA WAY TUSTIN, CA 92780 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: NOTICE PURPOSES ONLY | | | | |
| HARVEY BEIGLE 1025 N SANTIAGO ST. SANTA ANA, CA 92701 | X | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| HOGLE-IRELAND 2860 MICHELLE DR. SUITE 100 IRVINE, CA 92606 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: LEGAL SERVICES | | | | |
| JACKSON DEMARCO TIDUS PECKENPAUGH 2030 MAIN ST., STE 1200 IRVINE, CA 92623-9704 | | | | X | X | X | Unknown |

Sheet no.  9  of  23   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸  $            0

Total ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC _____,     Case No. _____
              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JOEL SPEAR <br> 2375 HOXIE DRIVE <br> TUSTIN, CA 92782 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO. <br><br> JOHN FLANIGAN <br> 980 9TH STREET <br> SUITE 2380 <br> SACRAMENTO, CA 95814 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO. <br><br> KENNETH MEADOWS <br> 4935 FAIRWOOD CIRCLE <br> YORBA LINDA, CA 92887 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO. <br><br> KUNZMAN ASSOCIATES <br> 1111 TOWN & COUNTRY ROAD <br> SUITE 34 <br> ORANGE, CA 92868 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. <br><br> LARRY RIGGS <br> 80720 WEISKOPF <br> LA QUINTA, CA 92253 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |

Sheet no. __10__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5-4.749 - 33070

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC                    ,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| LAW OFFICES OF GARY C WYKIDAL 245 FISHER AVENUE SUITE A-1 COSTA MESA, CA 92626 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| LD KING, INC. 2151 CONVENTION CENTER WAY SUITE 100 ONTARIO, CA 91764 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| LDB INCORPORATED 3051 EDINGER AVE. TUSTIN, CA 92780 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: NOTICE PURPOSES ONLY | | | | |
| LEONARD NAGEL 1121 N. RED GUM ST. ANAHEIM, CA 92806 | X | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: NOTICE PURPOSES ONLY | | | | |
| LEONARD'S SERVICES 1121 N. RED GUM ST. ANAHEIM, CA 92806 | X | | | X | X | X | Unknown |

Sheet no. 11 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-740 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re   MCP Ontario Festival, LLC_____,        Case No. _____
                    **Debtor**                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. LEXINGTON INSURANCE AIG BUILDING 58 FENCHURCH STREET LONDON, EC3M, UNITED KINGDOM | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. LITIGATION RESOURCES, LLC 99 EAST "C" STREET SUITE 111 UPLAND, CA 91786 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO. LYNN PRIES DESIGN 32 SHORERIDGE NEWPORT BEACH, CA 92657 | | | Consideration: SERVICES | X | X | X | 350,000 |
| ACCOUNT NO. MANNATT PHELPS PHILLIPS LLP 11355 W OLYMPIC BLVD. LOS ANGELES, CA 90064 | | | Consideration: LEGAL SERVICES | X | X | X | Unknown |
| ACCOUNT NO. MCP ONTARIO REALTY FUND I, LP 4100 NEWPORT PLACE SUITE 770 NEWPORT BEACH, CA 92660 | X | | Incurred: 2008 Consideration: PROMISSORY NOTE | X | X | X | 2,853,313 |

Sheet no. _12_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 3,203,313

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re   MCP Ontario Festival, LLC                    ,            Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| MEER CAPITAL PARTNERS, LLC 4100 NEWPORT PLACE SUITE 770 NEWPORT BEACH, CA 92660 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| MEER HOMES INC. 4100 NEWPORT PLACE SUITE 770 NEWPORT BEACH, CA 92660 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: NOTICE PURPOSES ONLY | | | | |
| MR. CHARLES A. BRUNI 8921 HULLS ROAD FLAGSTAFF, AZ 86004 | X | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: NOTICE ONLY | | | | |
| MURTAUGH MEYER NELSON & TREGLIA LLP 2603 MAIN STREET., 9TH FL. IRVINE, CA 92614 | | | | X | X | X | Notice Only |
| ACCOUNT NO. | | | Consideration: NOTICE PURPOSES ONLY | | | | |
| MYRA J. STAUFFER 35605 OAK CREEK DRIVE YUCAIPA, CA 92399 | X | | | X | X | X | Unknown |

Sheet no. _13_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC _____,    Case No. _____
                  **Debtor**                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NOSSAMAN GUNTHER KNOX ELLIOT LLP 18101 VON KARMAN AVENUE IRVINE, CA 92612-0177 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.  O'MELVENY & MYERS 610 NEWPORT CENTER DR 17TH FLOOR NEWPORT BEACH, CA 92660 | | | Consideration: LEGAL SERVICES | X | X | X | 417,485 |
| ACCOUNT NO.  OCB 17721 MITCHELL NORTH IRVINE, CA 92614 | | | Consideration: SUPPLIER | X | X | X | 1,139 |
| ACCOUNT NO.  ONTERIORS, LLC 16835 WEST BERNARDINO DR. #100 SAN DIEGO, CA 92127 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.  ORION ENVIRONMENTAL, INC. 3450 EAST SPRING STREET LONG BEACH, CA 90806 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. __14__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 418,624
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re __MCP Ontario Festival, LLC_____,    Case No. _____
           **Debtor**    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OUTDOOR DIMENSIONS<br>5325 E HUNTER AVE.<br>ANAHEIM, CA 92807 | | | Consideration: SUPPLIER | X | X | X | Unknown |
| ACCOUNT NO.<br><br>PACIFIC MASONRY WALLS, INC.<br>1007 W GROVE AVE.<br>ORANGE, CA 92865 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO.<br><br>PARK PLACE LAND ADVISORS<br>8105 IRVINE CENTER DRIVE<br>SUITE 1460<br>IRVINE, CA 92618 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>PARK PLACE PARTNERS<br>8105 IRVINE CENTER DRIVE<br>SUITE 1460<br>IRVINE, CA 92618 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>PAT TREISTER<br>1007 W GROVE AVE.<br>ORANGE, CA 92865 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |

Sheet no. __15__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC                        ,        Case No. _____
             Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PETERSON'S TREE WORKS <br> 605 RANCHO SANTIAGO <br> ORANGE, CA 92689 | | | Consideration: SUPPLIER | X | X | X | Unknown |
| ACCOUNT NO. <br><br> PLAZA COPY & IMAGING, LLC <br> 5 PARK PLAZA, STE. 180 <br> IRVINE, CA 92614 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. <br><br> PLUMBING CONCEPTS, INC. <br> 22951 LA PALMA AVENUE <br> YORBA LINDA, CA 92887-6701 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO. <br><br> RICK MERIGOLD <br> 104 MAPLE STREET <br> CORONA, CA 92880 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO. <br><br> RICK WOOD CONSULTING <br> 3662 SEASCAPE DRIVE <br> HUNTINGTON BEACH, CA 92649 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. _16_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.4-749 - , 33079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC                    ,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RK ENGINEERING GROUP, INC.<br>3991 MACARTHUR BLVD.<br>SUITE 310<br>NEWPORT BEACH, CA 92660 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>RKZ INC.<br>3002 DOW AVE., STE. 118<br>TUSTIN, CA 92780-7247 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>ROBERT HAYMAN CO.<br>2899 AGOURA RD., STE. 590<br>WESTLAKE VILLAGE, CA 91361 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | | | Consideration: NOTICE ONLY | X | X | X | Notice Only |
| ACCOUNT NO.<br><br>ROYAL GUILDFORD RISK MGMNT<br>4100 NEWPORT PLACE<br>SUITE 770<br>NEWPORT BEACH, CA 92660 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. _17_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $    0 |
|---|---|---|
| | Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re   MCP Ontario Festival, LLC _____,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| RS BONDING INSURANCE AGENCY 1633 E 4TH ST., STE. 228 SANTA ANA, CA 92701 | X | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| RTKL ASSOCIATES 333 SOUTH HOPE STREET SUITE C200 LOS ANGELES, CA 90071 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: NOTICE ONLY | | | | |
| S.B.S. TRUST DEED NETWORK 31194 LA BAYA DRIVE #106 WESTLAKE VILLAGE, CA 91362 | | | | X | X | X | Notice Only |
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| SALISBURY INSURANCE CO., LTD. 4100 NEWPORT PLACE SUITE 770 NEWPORT BEACH, CA 92660 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: SERVICES | | | | |
| SCOTT G. ADEN TRUSTEE OF THE MARIAN C. ADEN TRUST P.O. BOX 280051 NORTHRIDGE, CA 91328-0051 | | | | X | X | X | Unknown |

Sheet no. _18_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $                    0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC _____,    Case No. _____
           Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SCOTT MORRISON & ASSOC.<br>PO BOX 55329<br>RIVERSIDE, CA 92517 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>SOUTH COAST AQMD<br>21865 COPLAY DR.<br>DIAMOND BAR, CA 91765 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>SOUTH MAPLE STREET PARTNERS, LLC<br>104 MAPLE STREET<br>CORONA, CA 92880 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO.<br><br>SOUTHERN CALIFORNIA PIPELINE<br>1100 IRVINE BLVD., #37<br>IRVINE, CA 92780 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO.<br><br>STATE WATER RESOURCES CONTROL BOARD<br>PO BOX 188<br>SACRAMENTO, CA 95812 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. _19_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 0

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC _____ ,          Case No. _____
                        Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>STAUFFER'S LANDSCAPE, INC.<br>411 BUSINESS CENTER COURT<br>REDLANDS, CA 92373 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| **ACCOUNT NO.**<br><br>STRAN & COMPANY<br>50 VON HILLERN ST.<br>BOSTON, MA 02125 | | | Consideration: SERVICES | X | X | X | Unknown |
| **ACCOUNT NO.**<br><br>STRATEGIC BUSINESS MANAGEMENT INC.<br>711 W 17TH ST., UNIT B-7<br>COSTA MESA, CA 92627 | | | Consideration: SERVICES | X | X | X | Unknown |
| **ACCOUNT NO.**<br><br>TAD CONSULTING INC.<br>1401 N. BATAVIA ST., #103<br>ORANGE, CA 92867 | | | Consideration: SERVICES | X | X | X | Unknown |
| **ACCOUNT NO.**<br><br>TETRA TECH, INC.<br>3475 EAST FOOTHILL BLVD.<br>PASADENA, CA 91107-6024 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. __20__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 13079

B6F (Official Form 6F) (12/07) - Cont.

In re __MCP Ontario Festival, LLC_____,        Case No. _____
               Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> THE CONCORD GROUP <br> 130 NEWPORT CENTER DRIVE <br> SUITE 2 <br> NEWPORT BEACH, CA 92660 | | | Consideration: SERVICES | X | X | X | Unknown |
| **ACCOUNT NO.** <br> THE INSCO DICO GROUP <br> 17780 FITCH, SUITE 200 <br> IRVINE, CA 92614 | X | | Consideration: SERVICES | X | X | X | Unknown |
| **ACCOUNT NO.** <br> TIMOTHY & JINNIFER BUCKLEY <br> REVOCABLE FAMILY TRUST <br> 22895 EAST PARK DRIVE <br> YORBA LINDA, CA 92887 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| **ACCOUNT NO.** <br> URBAN CROSSROADS, INC. <br> 41 CORPORATE PARK <br> IRVINE, CA 92605-5181 | | | Consideration: SERVICES | X | X | X | Unknown |
| **ACCOUNT NO.** <br> UTILITY SUBMETER <br> APPLICATIONS, INC. <br> 5482 COMPLEX ST. <br> SUITE 108 <br> SAN DIEGO, CA 92123 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. __21__ of _23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $           0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   MCP Ontario Festival, LLC _____ ,          Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VINEYARD BANK <br> 200 SOUTH MAIN STREET <br> SUITE 150 <br> CORONA, CA 92878 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. <br><br> VINTAGE DESIGN, INC. <br> 22895 EAST PARK DRIVE <br> YORBA LINDA, CA 92887 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO. <br><br> WILLIAM E. STAUFFER, JR. <br> 6997 CYGNET ROAD <br> PHELAN, CA 92371 | X | | Consideration: NOTICE PURPOSES ONLY | X | X | X | Unknown |
| ACCOUNT NO. <br><br> WILLIAM HEZMALHALCH ARCHITECTS <br> 2850 REDHILL AVENUE <br> SUITE 200 <br> SANTA ANA, CA 92705-5543 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. <br><br> WINDSOR BARCLAY ASSURANCE GRP <br> 4100 NEWPORT PLACE <br> SUITE 770 <br> NEWPORT BEACH, CA 92660 | | | Consideration: SERVICES | X | X | X | Unknown |

Sheet no. 22 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $           0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6F (Official Form 6F) (12/07) - Cont.

In re  MCP Ontario Festival, LLC _____,    Case No. _____
                            Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WOHL INVESTMENT CO. <br> ATTN: PETER DESFORGES <br> 2402 MICHELSON DR. <br> SUITE 170 <br> IRVINE, CA 92612 | | | Consideration: SERVICES | X | X | X | Unknown |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Sheet no. _23_ of _23_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $ | 5,631,749

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33709

B6G (Official Form 6G) (12/07)

In re  __MCP Ontario Festival, LLC_____     Case No. _____
                **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AMERICAN FENCE COMPANY<br>1860 GOETZ RD.<br>PERRIS, CA 92570 | CONTRACT<br>PROPERTY FENCING |
| MOBILE MODULAR MGMNT CORP.<br>5700 LOS POSITAS ROAD<br>LIVERMORE, CA 94551 | CONTRACT<br>CONSTRUCTION TRAILER |
| HI-WAY SAFETY RENTALS, INC.<br>133510 5TH STREET<br>CHINO, CA 91710 | CONTRACT<br>TRAFFIC BARRIERS |
| SPANKY'S PORTABLE SERVICES<br>1925 PALOMAR OAKS WAY<br>SUITE 204<br>CARLSBAD, CA 92008 | CONTRACT<br>PORTABLE TOILETS |
| NUVIS<br>3151 AIRWAY AVE., J-3<br>COSTA MESA, CA 92626 | CONTRACT<br>PROJECT LANDSCAPE ARCHITECT |
| HUNSAKER & ASSOC. IRVINE, INC.<br>3 HIGHES<br>IRVINE, CA 92618-2021 | CONTRACT<br>PROJECT CIVIL ENGINEER |
| MYERS PIPELINE, INC.<br>9950 ALDER AVE.<br>BLOOMINGTON, CA 92316-1902 | CONTRACT<br>PROJECT WET UTILITIES SUBCONTRACTOR |

B 6G (Official Form 6G) (12/07) -- Cont.

In re __MCP Ontario Festival, LLC_____          Case No. _____
                  Debtor                                                             (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PETRA GEOTACHNICAL, INC.<br>3185-A AIRWAY AVE.<br>COSTA MESA, CA 92626 | CONTRACT<br>GEOTECHNICAL STUDIES |
| MORAN UTILITY SERVICES, INC.<br>27127 CALLE ARROYO, STE. 1904<br>SAN JUAN CAPISTRANO, CA 92675 | CONTRACT<br>DRY UTILITIES CONSULTANTS |
| WOODLEY ARCHITECTURAL GROUP, INC.<br>2943 PULLMAN ST., STE. A<br>SANTA ANA, CA 92705 | CONTRACT<br>PROJECT ARCHITECT |
| ARCHITERRA DESIGN GROUP, INC.<br>10221-A TRADEMARK STREET<br>RANCHO CUCAMONGA, CA 91730 | CONTRACT<br>LANDSCAPE ARCHITECTURAL PLANNING |
| BASSENIAN LAGONI ARCHITECTS<br>2031 ORCHARD DRIVE<br>SUITE 100<br>NEWPORT BEACH, CA 92660 | CONTRACT<br>PROJECT ARCHITECT |
| BUNDY FINKLE ARCHITECTS<br>20331 IRVINE AVE., STE. 7<br>SANTA ANA HEIGHTS, CA 92707 | CONTRACT<br>PROJECT ARCHITECT |
| GOUVIS CONSULTING GROUP, INC.<br>2150 E. TAQUITZ CANYON #9<br>PALM SPRINGS, CA 92622 | CONTRACT<br>PROJECT STRUCTURAL ENGINEER |
| AUGUSTINE & ASSOCIATES<br>6620 SIERRA COLLEGE BLVD.<br>ROCKLIN, CA 95677 | CONTRACT<br>PROJECT MARKETING/ADVERTISING |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B 6G (Official Form 6G) (12/07) -- Cont.

In re  MCP Ontario Festival, LLC _____        Case No. _____
                    Debtor                                         (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| REED THOMAS CO., INC.<br>1025 N. SANTIAGO ST.<br>SANTA ANA, CA 92701 | CONTRACT<br>PROJECT GRADING |
| SPARKLETT'S<br>PO BOX 660579<br>DALLAS, TX 75266 | CONTRACT<br>DRINKING WATER AT CONSTRUCTION TRAILER |
| VERIZON<br>PO BOX 9688<br>MISSION HILLS, CA 91346 | CONTRACT<br>PHONE LINES AT CONSTRUCTION TRAILER |
| SOUTHERN CALIFORNIA EDISON<br>PO BOX 300<br>ROSEMEAD, CA 91722 | CONTRACT<br>PROJECT UTILITIES CONTRACTOR |
| IKON FINANCIAL SVCS, INC.<br>PO BOX 650073<br>DALLAS, TX 75265 | CONTRACT<br>COPIER AT CONSTRUCTION TRAILER |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re  MCP Ontario Festival, LLC                                          Case No. _____
            Debtor                                                                            (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | ARCH INSURANCE CO.<br>SUSAN NEFF, ESQ.<br>135 N LOS ROBLES AVE., STE. 825<br>PASADENA, CA 91101 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | MCP ONTARIO REALTY FUND I, LP<br>4100 NEWPORT PLACE<br>SUITE 770<br>NEWPORT BEACH, CA 92660 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | BALANCE SURETY INSURANCE<br>SERVICES, INC.<br>17780 FITCH, SUITE 150<br>IRVINE, CA 92614 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | THE INSCO DICO GROUP<br>17780 FITCH, SUITE 200<br>IRVINE, CA 92614 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | RS BONDING INSURANCE AGENCY<br>1633 E 4TH ST., STE. 228<br>SANTA ANA, CA 92701 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | MR. CHARLES A. BRUNI<br>8921 HULLS ROAD<br>FLAGSTAFF, AZ 86004 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | CITY GLOBAL INVESTMENTS, LLC<br>MR. CORY BRIGGS<br>99 EAST C ST., STE. 111<br>UPLAND, CA 91786 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

B6H (Official Form) (12/07) -- Cont.

In re MCP Ontario Festival, LLC                         Case No. _____
              Debtor                                               (if known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | STAUFFER'S LANDSCAPE, INC.<br>411 BUSINESS CENTER COURT<br>REDLANDS, CA 92373 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | DANIEL B. STAUFFER<br>9861 BELLFLOWER ST.<br>OAK HILLS, CA 92344 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | WILLIAM E. STAUFFER, JR.<br>6997 CYGNET ROAD<br>PHELAN, CA 92371 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | MYRA J. STAUFFER<br>35605 OAK CREEK DRIVE<br>YUCAIPA, CA 92399 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | HARVEY BEIGLE<br>1025 N SANTIAGO ST.<br>SANTA ANA, CA 92701 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | JOEL SPEAR<br>2375 HOXIE DRIVE<br>TUSTIN, CA 92782 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | JOHN FLANIGAN<br>980 9TH STREET<br>SUITE 2380<br>SACRAMENTO, CA 95814 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | KENNETH MEADOWS<br>4935 FAIRWOOD CIRCLE<br>YORBA LINDA, CA 92887 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 33079

B6H (Official Form) (12/07) -- Cont.

In re MCP Ontario Festival, LLC _____     Case No. _____
                    _____                                     _____
                    **Debtor**                                     **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | PLUMBING CONCEPTS, INC.<br>22951 LA PALMA AVENUE<br>YORBA LINDA, CA 92887-6701 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | LARRY RIGGS<br>80720 WEISKOPF<br>LA QUINTA, CA 92253 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | LEONARD NAGEL<br>1121 N. RED GUM ST.<br>ANAHEIM, CA 92806 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | LEONARD'S SERVICES<br>1121 N. RED GUM ST.<br>ANAHEIM, CA 92806 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | LITIGATION RESOURCES, LLC<br>99 EAST "C" STREET<br>SUITE 111<br>UPLAND, CA 91786 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | PAT TREISTER<br>1007 W GROVE AVE.<br>ORANGE, CA 92865 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | PACIFIC MASONRY WALLS, INC.<br>1007 W GROVE AVE.<br>ORANGE, CA 92865 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | RICK MERIGOLD<br>104 MAPLE STREET<br>CORONA, CA 92880 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 33079

**B6H (Official Form) (12/07) -- Cont.**

In re MCP Ontario Festival, LLC _____    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | SOUTH MAPLE STREET PARTNERS, LLC<br>104 MAPLE STREET<br>CORONA, CA 92880 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | TIMOTHY & JINNIFER BUCKLEY<br>REVOCABLE FAMILY TRUST<br>22895 EAST PARK DRIVE<br>YORBA LINDA, CA 92887 |
| RONALD L. MEER<br>JILL A. MEER<br>4100 NEWPORT PL., STE. 770<br>NEWPORT BEACH, CA 92660 | VINTAGE DESIGN, INC.<br>22895 EAST PARK DRIVE<br>YORBA LINDA, CA 92887 |

MCP Ontario Festival, LLC

In re _____  Case No. _____
          **Debtor**                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____  Signature: _____
                                                                    **Debtor:**

Date _____  Signature: _____
                                                         **(Joint Debtor, if any)**

                                               **[If joint case, both spouses must sign.]**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any,                      Social Security No.
of Bankruptcy Petition Preparer                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____  _____
      Signature of Bankruptcy Petition Preparer                                 Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _Mnnengny Munbr_ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the MCP Ontario Festival, LLC _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __44__ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___9/21/10___  Signature: _____
                                                    **[Print or type name of individual signing on behalf of debtor.]**

                   *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33079

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
### Central District of California

In Re  MCP Ontario Festival, LLC                                    Case No. _____
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☒

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**2.  Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                     SOURCE

---

**3.  Payments to creditors**

None

☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None

☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None

b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| FIRST BANK C/O S.B.S. TRUST DEED NETWORK 31194 LA BAYA DRIVE, #106 WESTLAKE VILLAGE, CA 91362 | Sale date set for 9/23/10 | 24 Acres Land/Project known as Ontario Festival Value: $8,000,000 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079 - Acrobat PDFWriter

**6. Assignments and Receiverships**

None  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☐     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
      any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
      and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒     one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
      chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
      is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

**7.   Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of
☐     this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
      family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing
      under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

**8.   Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☐     commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12
      or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver. 4.5.4-749 - 33079 - Acrobat PDFWriter

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None
☒

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☐

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

    If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☐

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| MCP Ontario Festival, LLC | 68-0579506 | 4100 Newport Place Suite 770 Newport Beach, CA 92660 | Real Estate | 2004 to Present |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None   a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Meer MCP Ontario Festival, LLC<br>4100 Newport Place<br>Suite 770<br>Newport Beach, CA 92660 | 2004-Present |

None   b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒    case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None   c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐    books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Meer MCP Ontario Festival, LLC | 4100 Newport Place<br>Suite 770<br>Newport Beach, CA 92660 |

None   d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐    a financial statement was issued within the two years immediately preceding the commencement of this case by
the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| First Bank<br>4301 MacArthur Blvd.<br>Second Floor<br>Newport Beach, CA 92660 | Unknown |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079 - Acrobat PDFWriter

**20. Inventories**

None☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None☐    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None☐    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Meer MCP Ontario Festival, LLC 4100 Newport Place Suite 770 Newport Beach, CA 92660 | Member | 100% |

**22. Former partners, officers, directors and shareholders**

None☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 13079 - Acrobat PDFWriter

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
        terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23.  Withdrawals from a partnership or distribution by a corporation

None    If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
        insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
        perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24.  Tax Consolidation Group

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
        corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
        within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25.  Pension Funds

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
        fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
        period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*    *    *    *    *    *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____ 9/21/10 _____    Signature _____

Ronald L. Meer, Manager of Meer MCP Ontario Festival, LLC the
sole Member of MCP Ontario Festival, LLC
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

B203
12/94

# United States Bankruptcy Court
## Central District of California

In re  MCP Ontario Festival, LLC

Case No. _____

Chapter        11

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...............................……………………….…... $ _____ 0

Prior to the filing of this statement I have received ...............………………...…............... $ _____ 0

Balance Due ...................................………………………….........…........... $ _____ 0

2. The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_9/22/2010_____
Date

_Cory J. Briggs_____
Signature of Attorney

Briggs Law Corporation
Name of law firm

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079 - Acrobat PDFWriter

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   MCP Ontario Festival, LLC _____ ,

                              Debtor

Case No. _____

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| OF2010 LLC 3090 BRISTOL ST. SUITE 200 COSTA MESA, CA 92626 | OF2010 LLC 3090 BRISTOL ST. SUITE 200 COSTA MESA, CA 92626 (714) 200-1503 | SECURED DEBT | Contingent Unliquidated Disputed | 16,376,895 Collateral FMV 8,000,000 |
| MCP ONTARIO REALTY FUND I, LP 4100 NEWPORT PLACE SUITE 770 NEWPORT BEACH, CA 92660 | MCP ONTARIO REALTY FUND I, LP 4100 NEWPORT PLACE SUITE 770 NEWPORT BEACH, CA 92660 (949) 442-0900 | LIMITED EQUITY PARTNERS | Contingent Unliquidated Disputed | 2,853,313 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ARCH INSURANCE CO. SUSAN NEFF, ESQ. 135 N LOS ROBLES AVE., STE. 825 PASADENA, CA 91101 | ARCH INSURANCE CO. SUSAN NEFF, ESQ. 135 N LOS ROBLES AVE., STE. 825 PASADENA, CA 91101 | INSURANCE/BOND | Contingent Unliquidated Disputed | 2,000,000 |
| FIRST REGIONAL BANK 1801 CENTURY PARK EAST SUITE 800 LOS ANGELES, CA 90067 | FIRST REGIONAL BANK 1801 CENTURY PARK EAST SUITE 800 LOS ANGELES, CA 90067 (310) 552-1776 | SECURED DEBT | Contingent Unliquidated Disputed | 8,951,877 Collateral FMV 8,000,000 |
| O'MELVENY & MYERS 610 NEWPORT CENTER DR 17TH FLOOR NEWPORT BEACH, CA 92660 | O'MELVENY & MYERS 610 NEWPORT CENTER DR 17TH FLOOR NEWPORT BEACH, CA 92660 (949) 823-7902 | LEGAL SERVICES | Contingent Unliquidated Disputed | 417,485 |
| LYNN PRIES DESIGN 32 SHORERIDGE NEWPORT BEACH, CA 92657 | LYNN PRIES DESIGN 32 SHORERIDGE NEWPORT BEACH, CA 92657 (949) 280-0893 | SERVICES | Contingent Unliquidated Disputed | 350,000 |
| COX CASTLE & NICHOLSON LLP 2049 CENTURY PARK EAST 28TH FLOOR LOS ANGELES, CA 90067-3284 | COX CASTLE & NICHOLSON LLP 2049 CENTURY PARK EAST 28TH FLOOR LOS ANGELES, CA 90067-3284 (310) 277-4222 | LEGAL SERVICES | Contingent Unliquidated Disputed | 9,812 |
| OCB 17721 MITCHELL NORTH IRVINE, CA 92614 | | | Contingent Unliquidated Disputed | 1,139 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33079

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, Ronald L. Meer, Manager of Meer MCP Ontario Festival, LLC, the sole Member of MCP Ontario Festival, LLC [an authorized agent of the corporation]  named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _____ 9/21/10 _____

Signature _____

Ronald L. Meer, Manager of
Meer MCP Ontario Festival, LLC,
The sole Member of MCP Ontario Festival, LLC

## UNITED STATES BANKRUPTCY COURT
### Central District of California

In re   MCP Ontario Festival, LLC                                   ,
                    Debtor                                    Case No.

                                                             Chapter     11

### List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Meer MCP Ontario Festival, LLC [Managing Member] | | 100% Interest |

# UNITED STATES BANKRUPTCY COURT
## Central District of California

In re   MCP Ontario Festival, LLC _____,
                          Debtor

Case No. _____

Chapter   11 _____

## VERIFICATION OF CREDITOR MATRIX

I do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 17

pages, is complete, correct and consistent with the debtor's schedules herewith, pursuant to Local Bankruptcy Rule

105(6). I assume all responsibility for errors and omissions.

Date _____ 9/21/10 _____          Signature _____

Ronald L. Meer, Manager of MCP Ontario Festival, LLC,
the sole Member of MCP Ontario Festival, LLC

The Lobel Firm, LLP

```
MCP Ontario Festival, LLC
4100 Newport Place
Suite 770
Newport Beach, CA 92660
```

Cory J. Briggs, Esq.

Briggs Law Corporation

99 East "C" Street, Suite 111

Upland, CA 91786

ABC RESOURCES, INC.
1527 W STATE ST.
ONTARIO, CA 91762


AIRPORTER SQUARE
P.O. BOX 280051
NORTHRIDGE, CA 91328-0051


ALLIED WORLD ASSURANCE CO., LTD.
C/O CLARK MARINE INS. SVCS.
245 FISHER AVE., D-8
COSTA MESA, CA 92626


AMERICAN FENCE COMPANY
1860 GOETZ RD.
PERRIS, CA 92570


ANIMAL PEST MGMNT SVCS, INC.
13655 REDWOOD CT.
CHINO, CA 91710


ARCH INSURANCE CO.
SUSAN NEFF, ESQ.
135 N LOS ROBLES AVE., STE. 825
PASADENA, CA 91101


ARCHITECURAL COLOR  & DESIGN
2184 NORTH PAMI CIRCLE
ORANGE, CA 92867


ARCHITERRA DESIGN GROUP, INC.
10221-A TRADEMARK STREET
RANCHO CUCAMONGA, CA 91730


AUGUSTINE & ASSOCIATES
6620 SIERRA COLLEGE BLVD.
ROCKLIN, CA 95677


BALANCE SURETY INSURANCE
SERVICES, INC.
17780 FITCH, SUITE 150
IRVINE, CA 92614

BASSENIAN LAGONI ARCHITECTS
2031 ORCHARD DRIVE
SUITE 100
NEWPORT BEACH, CA 92660


BORM ASSOCIATES, INC.
5161 CALIFORNIA, STE. 250
IRVINE, CA 92617


BRIDGENET INTERNATIONAL
3151 AIRWAY AVENUE
BLDG. I-2
COSTA MESA, CA 92626


BROOKFIELD HOMES
SOUTHLAND BUSINESS GROUP
3090 BRISTOL ST., STE.200
COSTA MESA, CA 92626


BUNDY FINKLE ARCHITECTS
20331 IRVINE AVE., STE. 7
SANTA ANA HEIGHTS, CA 92707


C.L. QUIN EXECUTIVE SEARCH
537 NEWPORT CENTER DR.
SUITE 585
NEWPORT BEACH, CA 92660


CALIFORNIA STATE BOARD OF EQUALIZATION
450 N ST MIC 56
SACRAMENTO, CA 95814


CARL WARREN & CO.
1950 S SUNWEST LANE
SUITE 300
SAN BERNARDINO, CA 92408


CENTEX HOMES - SOUTHCOAST DIV.
250 COMMERCE
IRVINE, CA 92602-1342

CHRISTANE COMPANY
28281 CROWN VALLEY PARKWAY
SUITE 250
MISSION VIEJO, CA 92677


CITY GLOBAL INVESTMENTS, LLC
MR. CORY BRIGGS
99 EAST C ST., STE. 111
UPLAND, CA 91786


CITY OF ONTARIO
303 EAST "B" STREET
ONTARIO, CA 91764


CLARK MAINE INSURANCE
245 FISHER AVE., D-8
COSTA MESA, CA 92626


CLEVELAND WRECKING CO.
628 S EDNA PLACE
COVINA, CA 91723


COLLIN'S COMMERICAL CORP.
3595 INLAND EMPIRE BLVD.
ONTARIO, CA 91764-5920


COUNTY OF SAN BERNARDINO
ATTN: FLONA LUKE
COUNTY COUNCIL
385 N ARROWHEAD AVE., 4TH FL.
SAN BERNARDINO, CA 92415


COUNTY OF SAN BERNARDINO
REGIONAL PARKS ADMINISTRATION
777 E RIALTO AVE.
SAN BERNARDINO, CA 92415


COUNTY OF SAN BERNARDINO
TREASURER TAX COLLECTOR'S OFFICE
172 WEST 3RD STREET
SAN BERNARDINO, CA 92415-3020

COX CASTLE & NICHOLSON LLP
2049 CENTURY PARK EAST
28TH FLOOR
LOS ANGELES, CA 90067-3284

CR CONSOLIDATED REPROGRAPHICS
345 CLINTON ST.
COSTA MESA, CA 92626

CSM INC.
1814 COMMERCE CENTER WEST
SAN BERNARDINO, CA 92408

CT CORP
PO BOX 4349
CAROL STREAM, IL 60197

CT/KDF DEVELOPMENT PARTNERS
65 ENTERPRISE, SUITE 150
ALISO VIEJO, CA 92656

CUMMINGS, LLC
27201 PUERTA REAL
SUITE 370
MISSION VIEJO, CA 92691

DALE CHRISTIAN STRUCTURAL
ENGINEERS, INC.
1744 W KATELLA AVE.
ORANGE, CA 92867

DANIEL B. STAUFFER
9861 BELLFLOWER ST.
OAK HILLS, CA 92344

DAVID TAUSSIG & ASSOC.
1301 DOVE STREET
SUITE 600
NEWPORT BEACH, CA 92660

DBH RESOURCES, INC.
3415 SOUTH SEPULVEDA BLVD.
SUITE 900
LOS ANGELES, CA 90034


DENBESTE TRANSPORTATION, INC.
810 DENBESTE CT., STE 107
WINDSOR, CA 95492


DEVELOPER'S RESEARCH
4 CORPORATE PLAZA DRIVE
#215
NEWPORT BEACH, CA 92660


DIVERSIFIED BUILDER'S SERVICES
393 W FOOTHILL BLVD.
SUITE 101
CLAREMONT, CA 91711


DIVERSIFIED PACIFIC OPPORTUNITY
FUND I
393 W FOOTHILL BLVD., STE. 101
CLAREMONT, CA 91711


DPR CONSTRUCTION, INC.
1450 VETERAN'S BLVD.
REDWOOD CITY, CA 94063


DURHAM TURNBRIDGE ASSURANCE CO.
4100 NEWPORT PLACE
SUITE 770
NEWPORT BEACH, CA 92660


EMPLOYMENT DEVELOPMENT DEPT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO, CA 94280-0001


EVENT MASTERS INTERNATIONAL
23412 MOULTON PARKWAY
LAGUNA HILLS, CA 92653

EVEREST NATIONAL INS. CO.
C/O CLARK MARINE INS. SVCS.
245 FISHER AVE., D-8
COSTA MESA, CA 92626


EVEREST REINSURANCE CO.
C/O CLARK MARINE INS. SVCS.
245 FISHER AVE., D-8
COSTA MESA, CA 92626


FAUBEL PUBLIC AFFAIRS, INC.
25 ORCHARD
LAKE FOREST, CA 92630


FIDELITY NATIONAL TITLE COMPANY
1300 DOVE ST., STE. 310
NEWPORT BEACH, CA 92660


FIRST BANK
4301 MACARTHUR BLVD.
SECOND FLOOR
NEWPORT BEACH, CA 92660


FIRST REGIONAL BANK
1801 CENTURY PARK EAST
SUITE 800
LOS ANGELES, CA 90067


FRANCHISE TAX BOARD
BANKRUPTCY UNIT
PO BOX 2952
SACRAMENTO, CA 95812-2952


GOUVIS CONSULTING GROUP, INC.
2150 E. TAQUITZ CANYON #9
PALM SPRINGS, CA 92622


GREEN'S INDUSTRIAL PAINTING
ATTN: DON GREEN
3045 INLAND EMPIRE BLVD.
ONTARIO, CA 91764

GREG APPLEGATE CONSULTING, INC.
1131 LUCINDA WAY
TUSTIN, CA 92780


HARVEY BEIGLE
1025 N SANTIAGO ST.
SANTA ANA, CA 92701


HI-WAY SAFETY RENTALS, INC.
133510 5TH STREET
CHINO, CA 91710


HOGLE-IRELAND
2860 MICHELLE DR.
SUITE 100
IRVINE, CA 92606


HUNSAKER & ASSOC. IRVINE, INC.
3 HIGHES
IRVINE, CA 92618-2021


IKON FINANCIAL SVCS, INC.
PO BOX 650073
DALLAS, TX 75265


INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 3 MAILSTOP 5503
24000 AVILA RD
LAGUNA NIGUEL, CA 92677


JACKSON DEMARCO TIDUS PECKENPAUGH
2030 MAIN ST., STE 1200
IRVINE, CA 92623-9704


JOEL SPEAR
2375 HOXIE DRIVE
TUSTIN, CA 92782


JOHN FLANIGAN
980 9TH STREET
SUITE 2380
SACRAMENTO, CA 95814

KARIN LANGWASSER & CO.
99 EAST "C" STREET
SUITE 100
UPLAND, CA 91786


KENNETH MEADOWS
4935 FAIRWOOD CIRCLE
YORBA LINDA, CA 92887


KUNZMAN ASSOCIATES
1111 TOWN & COUNTRY ROAD
SUITE 34
ORANGE, CA 92868


LARRY RIGGS
80720 WEISKOPF
LA QUINTA, CA 92253


LAW OFFICES OF GARY C WYKIDAL
245 FISHER AVENUE
SUITE A-1
COSTA MESA, CA 92626


LD KING, INC.
2151 CONVENTION CENTER WAY
SUITE 100
ONTARIO, CA 91764


LDB INCORPORATED
3051 EDINGER AVE.
TUSTIN, CA 92780


LEONARD NAGEL
1121 N. RED GUM ST.
ANAHEIM, CA 92806


LEONARD'S SERVICES
1121 N. RED GUM ST.
ANAHEIM, CA 92806

LEXINGTON INSURANCE
AIG BUILDING
58 FENCHURCH STREET
LONDON, EC3M, UNITED KINGDOM

LITIGATION RESOURCES, LLC
99 EAST "C" STREET
SUITE 111
UPLAND, CA 91786

LYNN PRIES DESIGN
32 SHORERIDGE
NEWPORT BEACH, CA 92657

MANNATT PHELPS PHILLIPS LLP
11355 W OLYMPIC BLVD.
LOS ANGELES, CA 90064

MCP ONTARIO REALTY FUND I, LP
4100 NEWPORT PLACE
SUITE 770
NEWPORT BEACH, CA 92660

MEER CAPITAL PARTNERS, LLC
4100 NEWPORT PLACE
SUITE 770
NEWPORT BEACH, CA 92660

MEER HOMES INC.
4100 NEWPORT PLACE
SUITE 770
NEWPORT BEACH, CA 92660

MOBILE MODULAR MGMNT CORP.
5700 LOS POSITAS ROAD
LIVERMORE, CA 94551

MORAN UTILITY SERVICES, INC.
27127 CALLE ARROYO, STE. 1904
SAN JUAN CAPISTRANO, CA 92675

MR. CHARLES A. BRUNI
8921 HULLS ROAD
FLAGSTAFF, AZ 86004


MURTAUGH MEYER NELSON &
TREGLIA LLP
2603 MAIN STREET., 9TH FL.
IRVINE, CA 92614


MYERS PIPELINE, INC.
9950 ALDER AVE.
BLOOMINGTON, CA 92316-1902


MYRA J. STAUFFER
35605 OAK CREEK DRIVE
YUCAIPA, CA 92399


NOSSAMAN GUNTHER KNOX
ELLIOT LLP
18101 VON KARMAN AVENUE
IRVINE, CA 92612-0177


NUVIS
3151 AIRWAY AVE., J-3
COSTA MESA, CA 92626


O'MELVENY & MYERS
610 NEWPORT CENTER DR
17TH FLOOR
NEWPORT BEACH, CA 92660


OCB
17721 MITCHELL NORTH
IRVINE, CA 92614


OF2010 LLC
3090 BRISTOL ST.
SUITE 200
COSTA MESA, CA 92626

ONTERIORS, LLC
16835 WEST BERNARDINO DR.
#100
SAN DIEGO, CA 92127


ORION ENVIRONMENTAL, INC.
3450 EAST SPRING STREET
LONG BEACH, CA 90806


OUTDOOR DIMENSIONS
5325 E HUNTER AVE.
ANAHEIM, CA 92807


PACIFIC MASONRY WALLS, INC.
1007 W GROVE AVE.
ORANGE, CA 92865


PARK PLACE LAND ADVISORS
8105 IRVINE CENTER DRIVE
SUITE 1460
IRVINE, CA 92618


PARK PLACE PARTNERS
8105 IRVINE CENTER DRIVE
SUITE 1460
IRVINE, CA 92618


PAT TREISTER
1007 W GROVE AVE.
ORANGE, CA 92865


PETERSON'S TREE WORKS
605 RANCHO SANTIAGO
ORANGE, CA 92689


PETRA GEOTACHNICAL, INC.
3185-A AIRWAY AVE.
COSTA MESA, CA 92626


PLAZA COPY & IMAGING, LLC
5 PARK PLAZA, STE. 180
IRVINE, CA 92614

PLUMBING CONCEPTS, INC.
22951 LA PALMA AVENUE
YORBA LINDA, CA 92887-6701


REED THOMAS CO., INC.
1025 N. SANTIAGO ST.
SANTA ANA, CA 92701


RICK MERIGOLD
104 MAPLE STREET
CORONA, CA 92880


RICK WOOD CONSULTING
3662 SEASCAPE DRIVE
HUNTINGTON BEACH, CA 92649


RK ENGINEERING GROUP, INC.
3991 MACARTHUR BLVD.
SUITE 310
NEWPORT BEACH, CA 92660


RKZ INC.
3002 DOW AVE., STE. 118
TUSTIN, CA 92780-7247


ROBERT HAYMAN CO.
2899 AGOURA RD., STE. 590
WESTLAKE VILLAGE, CA 91361


RONALD L. MEER
JILL A. MEER
4100 NEWPORT PL., STE. 770
NEWPORT BEACH, CA 92660


ROYAL GUILDFORD RISK MGMNT
4100 NEWPORT PLACE
SUITE 770
NEWPORT BEACH, CA 92660


RS BONDING INSURANCE AGENCY
1633 E 4TH ST., STE. 228
SANTA ANA, CA 92701

RTKL ASSOCIATES
333 SOUTH HOPE STREET
SUITE C200
LOS ANGELES, CA 90071


S.B.S. TRUST DEED NETWORK
31194 LA BAYA DRIVE #106
WESTLAKE VILLAGE, CA 91362


SALISBURY INSURANCE CO., LTD.
4100 NEWPORT PLACE
SUITE 770
NEWPORT BEACH, CA 92660


SCOTT G. ADEN TRUSTEE OF THE
MARIAN C. ADEN TRUST
P.O. BOX 280051
NORTHRIDGE, CA 91328-0051


SCOTT MORRISON & ASSOC.
PO BOX 55329
RIVERSIDE, CA 92517


SOUTH COAST AQMD
21865 COPLAY DR.
DIAMOND BAR, CA 91765


SOUTH MAPLE STREET PARTNERS, LLC
104 MAPLE STREET
CORONA, CA 92880


SOUTHERN CALIFORNIA EDISON
PO BOX 300
ROSEMEAD, CA 91722


SOUTHERN CALIFORNIA PIPELINE
1100 IRVINE BLVD., #37
IRVINE, CA 92780

SPANKY'S PORTABLE SERVICES
1925 PALOMAR OAKS WAY
SUITE 204
CARLSBAD, CA 92008


SPARKLETT'S
PO BOX 660579
DALLAS, TX 75266


STATE WATER RESOURCES CONTROL BOARD
PO BOX 188
SACRAMENTO, CA 95812


STAUFFER'S LANDSCAPE, INC.
411 BUSINESS CENTER COURT
REDLANDS, CA 92373


STRAN & COMPANY
50 VON HILLERN ST.
BOSTON, MA 02125


STRATEGIC BUSINESS MANAGEMENT INC.
711 W 17TH ST., UNIT B-7
COSTA MESA, CA 92627


TAD CONSULTING INC.
1401 N. BATAVIA ST., #103
ORANGE, CA 92867


TETRA TECH, INC.
3475 EAST FOOTHILL BLVD.
PASADENA, CA 91107-6024


THE CONCORD GROUP
130 NEWPORT CENTER DRIVE
SUITE 2
NEWPORT BEACH, CA 92660


THE INSCO DICO GROUP
17780 FITCH, SUITE 200
IRVINE, CA 92614

TIMOTHY & JINNIFER BUCKLEY
REVOCABLE FAMILY TRUST
22895 EAST PARK DRIVE
YORBA LINDA, CA 92887


URBAN CROSSROADS, INC.
41 CORPORATE PARK
IRVINE, CA 92605-5181


UTILITY SUBMETER APPLICATIONS, INC.
5482 COMPLEX ST.
SUITE 108
SAN DIEGO, CA 92123


VERIZON
PO BOX 9688
MISSION HILLS, CA 91346


VINEYARD BANK
200 SOUTH MAIN STREET
SUITE 150
CORONA, CA 92878


VINTAGE DESIGN, INC.
22895 EAST PARK DRIVE
YORBA LINDA, CA 92887


WILLIAM E. STAUFFER, JR.
6997 CYGNET ROAD
PHELAN, CA 92371


WILLIAM HEZMALHALCH ARCHITECTS
2850 REDHILL AVENUE
SUITE 200
SANTA ANA, CA 92705-5543


WINDSOR BARCLAY ASSURANCE GRP
4100 NEWPORT PLACE
SUITE 770
NEWPORT BEACH, CA 92660

WOHL INVESTMENT CO.
ATTN: PETER DESFORGES
2402 MICHELSON DR.
SUITE 170
IRVINE, CA 92612


WOODLEY ARCHITECTURAL GROUP, INC.
2943 PULLMAN ST., STE. A
SANTA ANA, CA 92705